**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SIMON FISHER, individually, and on
behalf of all others similarly situated,

       Plaintiff,

vs.

I.C. SYSTEM, INC.; MAH ADVISING,
PLLC;  MICHAEL  HURCKES;  and
IRONCLAD LAW, LLC

       Defendants.

_____/

Case No.: 6:24-cv-1766

JURY TRIAL DEMANDED

## MOTION TO COMPEL INITIAL DISCLOSURES

Plaintiff, SIMON FISHER ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 37(a)(3)(A), respectfully requests the entry of an order compelling MAH ADVISING, PLLC; MICHAEL HURCKES; and IRONCLAD LAW, LLC to make the initial disclosures required pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's Endorsed Order [DE 39] granting Defendants Motion for Extension of Time [DE 38] to serve their initial disclosures, and in support of this motion, the Plaintiff states as follows:

1.  Plaintiff initiated this action on September 30, 2024 by filing his Class Action Complaint [D.E. 1] (*hereinafter* "Complaint") against Defendants I.C. SYSTEM, INC., MAH ADVISING, PLLC, MICHAEL HURCKES; and IRONCLAD LAW, LLC for the recovery of damages, attorneys' fees and costs from Defendants (*collectively hereinafter* "Defendants").

Page 1 of 5

2.     In his Complaint Plaintiff seeks both individual relief and class relief from Defendant I.C. SYSTEM, INC., but only individual relief from Defendants MAH ADVISING, PLLC, MICHAEL HURCKES; and IRONCLAD LAW, LLC.

3.     On December 23, 2024 this Court entered its Case Management and Scheduling Order [DE 36] which set the deadline for the parties to exchange their Mandatory Initial Disclosures as December 30, 2024.

4.     On December 31, 2024 Defendants MAH ADVISING, PLLC, MICHAEL HURCKES; and IRONCLAD LAW, LLC (*hereinafter* "Hurckes Defendants") filed their out-of-time Motion for Extension of Time To File Mandatory Initial Disclosures [D.E. 38], Plaintiff objected to the extension but indicated to the Hurckes Defendants that Plaintiff would not be filing a written opposition to the motion.  *See* Exhibit A (an email thread between Plaintiff's counsel and Hurckes Defendants' counsel).

5.     On December 31, 2024 Magistrate Judge Embry J. Kidd entered his Endorsed Order granting the Hurckes Defendants' motion and ordered that "Defendant may have until and through January 13, 2025, to serve their initial disclosures."  [DE 39].

6.     The Hurckes Defendants did not serve their initial disclosure on or before the January 13, 2025 Court ordered deadline, nor did the Hurckes Defendants contact Plaintiff's counsel to request an extension.

7.      Consequently, on January 14, 2025 counsel for Plaintiff contacted counsel for the Hurckes Defendants and inquired when Plaintiff could expect to receive these disclosures and when counsel would be available for a meet and confer to discuss the matter further.  *See* Exhibit A.

Light & Gonzalez, PLLC, 8751 W. Broward Blvd., Ste. 206, Plantation, FL 33324
Telephone: 754-900-6545 | Fax: 754-203-2700 | Email: service@lightgonzalezlaw.com | https://lightgonzalezlaw.com

8.     On January 15, 2025, Michael Hurckes, Esq., counsel for the Hurckes Defendants responded the undersigned via email that the disclosures would be provided that day. *See* Exhibit A

9.     The Hurckes Defendants did not serve their initial disclosures on January 15, 2025, nor did counsel contact Plaintiff's counsel to request a further extension before their self-imposed deadline or at any time prior to the filing of this motion.

10.     As of the filing of this motion, the Hurckes Defendants have not served the mandatory initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and this Court's orders, nor have the Hurckes Defendants provided Plaintiff's counsel a time frame on when to expect the belated initial disclosures.

**<u>MEMORANDUM OF LAW</u>**

Federal Rule of Civil Procedure 37(a)(3)(A) states:

> (A) To Compel Disclosure.  If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

Pursuant to the Court's Case Management and Scheduling Order [DE 36] the due date for service of initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A) was extended to December 30, 2024.  On December 31, 2024, the Hurckes' Defendants filed a motion to extend this deadline to January 13, 2024, and Magistrate Judge Embry J. Kidd entered his Endorsed Order granting the Hurckes Defendants' motion and ordered that "Defendant may have until and through January 13, 2025, to serve their initial disclosures."  [DE 39].  The initial disclosures were not served and on January 14, 2025, Plaintiff's counsel conferred with Hurckes Defendants' counsel via email to inquire about the production of the initial disclosures.  On January 15, 2025,

Light & Gonzalez, PLLC, 8751 W. Broward Blvd., Ste. 206, Plantation, FL 33324
Telephone: 754-900-6545 | Fax: 754-203-2700 | Email: service@lightgonzalezlaw.com | https://lightgonzalezlaw.com

Hurckes Defendants' counsel indicated the disclosures would be served that same day, but the this never occurred. To date, none of the Hurckes Defendants have provided Plaintiff with the disclosures required by Federal Rule of Civil Procedure 26(a)(1), nor have they sought a further extension of the Court imposed deadline to do so.

**WHEREFORE**, Plaintiff SIMON FISHER, respectfully requests that this Court enter an Order compelling MAH ADVISING, PLLC, IRONCLAD CLAW, LLC, and MICHAEL HURCKES to serve the mandatory initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) immediately;); and 2) for any other sanctions this Court may deem appropriate for the violations of this Courts' orders.[1]

Dated: January 17, 2024                    Respectfully Submitted,

 /s/  *Gregory Light*
**GREGORY LIGHT, ESQ.**
Florida Bar No.: 120907
LIGHT & GONZALEZ, PLLC
8751 W. Broward Blvd., #206
Plantation, FL 33324
Telephone:   754-900-6545
Email: greg@lightgonzalezlaw.com;
service@lightgonzalezlaw.com
*Lead Counsel for Plaintiff*

---

[1] Plaintiff is not requesting the recovery of the reasonable expenses and attorneys' fees incurred in making this motion pursuant to Federal Rule of Civil Procedure 37(a)(5), but reserves the right to request the recovery of these expenses in the event Plaintiff is awarded his attorneys' fees at the conclusion of this matter.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Middle District of Florida Local Rule 3.01(g) and the Court's Case Management and Scheduling Order [DE 36] the undersigned conferred with Michael Hurckes, Esq. counsel for MAH ADVISING, PLLC, MICHAEL HURCKES, and IRONCLAD LAW, LLC via electronic mail on January 14, 2025 and January 15, 2025 and Mr. Hurckes indicated the disclosures would be made on January 15, 2025. However as of the filing of this motion, the disclosures have not been served.

Respectfully Submitted,

/s/ Gregory Light_____
**GREGORY LIGHT, ESQ.**
Florida Bar No.: 120907

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

/s/  *Gregory Light*_____
**GREGORY LIGHT, ESQ.**
Florida Bar No.: 120907
*Lead Counsel for Plaintiff*

Light & Gonzalez, PLLC, 8751 W. Broward Blvd., Ste. 206, Plantation, FL 33324
Telephone: 754-900-6545 | Fax: 754-203-2700 | Email: service@lightgonzalezlaw.com | https://lightgonzalezlaw.com