Gregory Light <greg@lightg  

# Meet and Confer- Motion for Preliminary Injunction- Fisher v. I.C. System, Inc. 24-CV-1766
7 messages

---

**Gregory Light** <greg@lightgonzalezlaw.com>                                                    Tue, Jan 21, 2025 at 2:27 PM
To: Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>
Cc: Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>
Bcc: Simon Fisher <Simon.fisher.2@gmail.com>

Good Afternoon Mr. Hurckes,

Despite our repeated demands that you, MAH and Ironclad cease communicating with Mr. Fisher, you and your clients have continued to contact him in an attempt to collect the debt you allege he owes.  These communications include demands for payment on the balance at issue in this litigation, threats to report the balance as past due on Mr. Fisher's consumer report, as well as numerous representations that vexatiously suggest that you, MAH and/or Ironclad continue to represent Mr. Fisher in some pending legal matter together with threats to cease that "representation" if payment is not made.

These communications not only violate the FCCPA and the FDCPA, but they also violate Rule 4-4.2 of Florida's Rules of Professional Conduct because you are well aware that Mr. Fisher is represented by myself and my law firm.

Although you had seemingly agreed to cease communicating directly with Mr. Fisher on November 5, 2024 when you apologized to me for including Mr. Fisher on an email communication, based upon your continuing emails, text messages, telephone calls and voicemails sent directly to Mr. Fisher since that time it is clear you are either incapable of complying with this demand or are simply flagrantly disregarding our lawful instruction which now necessitates court intervention. Accordingly, the purpose of this email is to meet and confer regarding our forthcoming motion requesting that the Court enter a preliminary injunction prohibiting further contact between you, MAH and Ironclad made directly to Mr. Fisher until final judgment is entered in this matter.

Please let me know if you will agree to the entry of an order enjoining your further communications or if you believe we will be able to reach any sort of agreement that might to narrow the issues for the Court.   Relatedly, please let me know when you have time for a brief meet and confer on the telephone.

Respectfully,



   

**Gregory Light, Esq.**
*Partner*
8751 W. Broward Blvd., Ste. 206
Plantation, FL 33324
greg@lightgonzalezlaw.com
O: 754-900-6545
C: 954-336-3532
F: 754-203-2700



### 888-DEBT-LAW

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                        Tue, Jan 21, 2025 at 2:27 PM
To: greg@lightgonzalezlaw.com



**Address not found**

Your message wasn't delivered to **legal@ironclad.law** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser a1e0cc1a2514c-8642c914ac4sor1015612241.0 - gsmtp
```

Final-Recipient: rfc822; legal@ironclad.law
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1   https://support.google.com/mail/?p=NoSuchUser a1e0cc1a2514c-8642c914ac4sor1015612241.0 - gsmtp
Last-Attempt-Date: Tue, 21 Jan 2025 11:27:18 -0800 (PST)


---------- Forwarded message ----------
From: Gregory Light <greg@lightgonzalezlaw.com>
To: Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>
Cc: Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>
Bcc:
Date: Tue, 21 Jan 2025 14:27:07 -0500
Subject: Meet and Confer- Motion for Preliminary Injunction- Fisher v. I.C. System, Inc. 6:24-CV-1766
----- Message truncated -----

---

**Michael Hurckes** <mh@ironclad.law>  Tue, Jan 21, 2025 at 2:32 PM
To: Gregory Light <greg@lightgonzalezlaw.com>, Simon Fisher <simon.fisher.2@gmail.com>
Cc: Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>, Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>

The FCCPA does not apply, we're not debt collectors these are our own invoices, your contact alleges among other things violations of the fair debt collection act. We're just trying to collect on our invoices.  We're suing your client whether you like it or not. Your case is frivolous, after it gets dismissed he has about 10k other fees he's going to be paying. We contend

the rules of professional responsibility this is regarding a different matter that what you represent him on, you're alleging the practices, are unlawful not that he doesn't owe the debt.

However, I'll have the reminders sent to you personally gregory to have your client pay his bills. What's your cell phone number?

Best,

Michael

[Quoted text hidden]

---

**Michael Hurckes** <mh@ironclad.law>                                                                Tue, Jan 21, 2025 at 3:28 PM
To: Gregory Light <greg@lightgonzalezlaw.com>, Irvin Daphnis <idaphnis@ironclad.law>, Simon Fisher <simon.fisher.2@gmail.com>
Cc: Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>, Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>

Gregory,

After discussing with our team we're suing your client either way. We will remove him from our collection pipeline straight into the litigation pipeline per your request, I'd also like to remind you, that per the terms of your clients PROFESSIONAL SERVICES engagement, hint not consumer debt. He is liable for our attorneys fees, in enforcement of this agreement which will include this little stunt you had planned. You're looking at 10k so far. We're seeking all of it.

On Tue, Jan 21, 2025 at 2:27 PM Gregory Light <greg@lightgonzalezlaw.com> wrote:
[Quoted text hidden]

---

**Gregory Light** <greg@lightgonzalezlaw.com>                                                        Tue, Jan 21, 2025 at 3:35 PM
To: Michael Hurckes <mh@ironclad.law>
Cc: Irvin Daphnis <idaphnis@ironclad.law>, Simon Fisher <simon.fisher.2@gmail.com>, Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>, Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>

Your emails are non-responsive. Are you agreeing to the entry of an injunction prohibiting you, MAH, and Ironclad from contacting Mr. Fisher directly until a final judgment is entered?



   

**Gregory Light, Esq.**
*Partner*
8751 W. Broward Blvd., Ste. 206
Plantation, FL 33324
greg@lightgonzalezlaw.com
O: 754-900-6545
C: 954-336-3532
F: 754-203-2700



**888-DEBT-LAW**

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                           Tue, Jan 21, 2025 at 3:35 PM

To: greg@lightgonzalezlaw.com



### Address not found

Your message wasn't delivered to **legal@ironclad.law** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser a1e0cc1a2514c-8642cab2cacsor4036292241.1 - gsmtp
```

Final-Recipient: rfc822; legal@ironclad.law
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser a1e0cc1a2514c-8642cab2cacsor4036292241.1 - gsmtp
Last-Attempt-Date: Tue, 21 Jan 2025 12:35:12 -0800 (PST)


---------- Forwarded message ----------
From: Gregory Light <greg@lightgonzalezlaw.com>
To: Michael Hurckes <mh@ironclad.law>
Cc: Irvin Daphnis <idaphnis@ironclad.law>, Simon Fisher <simon.fisher.2@gmail.com>, Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>, Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>
Bcc:
Date: Tue, 21 Jan 2025 15:35:01 -0500
Subject: Re: Meet and Confer- Motion for Preliminary Injunction- Fisher v. I.C. System, Inc. 6:24-CV-1766
----- Message truncated -----

---

**Michael Hurckes** <mh@ironclad.law>  Tue, Jan 21, 2025 at 3:42 PM
To: Gregory Light <greg@lightgonzalezlaw.com>
Cc: Irvin Daphnis <idaphnis@ironclad.law>, Simon Fisher <simon.fisher.2@gmail.com>, Office of Ironclad Law LLC <office@ironclad.law>, "legal@ironclad.law" <legal@ironclad.law>, Michael Hurckes <mh@mahadvising.com>, Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf <ecf@mgl.law>, Lakenya Donovan <ldonovan@mgl.law>, Joseph Proulx <jproulx@mgl.law>, "ldonovan@gapfirm.law" <ldonovan@gapfirm.law>, Sangeeta Spengler <sspengler@mgl.law>, Dustin Piercy <dustin@lightgonzalezlaw.com>, Service <service@lightgonzalezlaw.com>

Obviously not, file it.

[Quoted text hidden]