



Gregory Light <greg@lightg...

# Mediation Scheduling- Fisher v. MAH Advising, PLLC et al.- 6:24-cv-01766-UAM

18 messages

**Gregory Light** <greg@lightgonzalezlaw.com>                                    Tue, Jan 21, 2025 at 10:12 AM
To: Dale Golden <dgolden@mgl.law>, Charles McHale <cmchale@mgl.law>, ecf@mgl.law, Joseph Proulx
<jproulx@mgl.law>, Office of Ironclad Law LLC <office@ironclad.law>, legal@ironclad.law, Michael Hurckes
<mh@mahadvising.com>, ldonovan@gapfirm.law, ldonovan@mgl.law, sspengler@mgl.law
Cc: Dustin Piercy <dustin@lightgonzalezlaw.com>



2/3/25, 3:03 PM Luna & Gonzalez PLLC Mail - Deposition Scheduling - Fishersville HCA Advising, LLC et al...

Case 6:24-cv-01766-WWB-NWH Document 46-23 Filed 02/13/25 Page 2 of 11 PageID 415



888-DEBT-LAW





https://mail.google.com/mail/u/0/?ik=b46e6166b2&view=pt&search=all&permthid=thread-a:r-2052642442657478400&simpl=msg-a:r8785871038180…    6/11







████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

████████

████████████████████████████████         ████████████████
██████████████████████████████████████████████████
██████████████████████████████████████

████████████

**Michael Hurckes** <mh@ironclad.law>                    Mon, Jan 27, 2025 at 7:32 PM
To: Gregory Light <greg@lightgonzalezlaw.com>, Simon Fisher <simon.fisher.2@gmail.com>

Are you filing your PI? I'm looking forward to the mountains of information we're going to disclose about your client to destroy your likelihood of success.

Just waiting for your move. Show your cards. We will too.
[Quoted text hidden]

████████████████████████████         ████████████████████
██████████████
████████████████████████████████████████████████████████
██████████████████████████
████████████████████████████████████████████████████
████████
████████
██████████████████████████████████████
█████████████████████████████
████████

**amanda young** <amanda@ironclad.law>                    Tue, Jan 28, 2025 at 9:00 AM
To: Gregory Light <greg@lightgonzalezlaw.com>

Cc: Dale Golden <dgolden@mgl.law>, Charles McHale <CMcHale@mgl.law>, ecf@mgl.law, Joseph Proulx <JProulx@mgl.law>, office@ironclad.law, legal@ironclad.law, Michael Hurckes <mh@mahadvising.com>, ldonovan@gapfirm.law, ldonovan@mgl.law, sspengler@mgl.law, Dustin Piercy <dustin@lightgonzalezlaw.com>, Michael Hurckes <mh@ironclad.law>


Good morning, Our office is available March 4, 5 & 6 of 2026.
[Quoted te t hidden]
[Quoted text hidden]

*Phone: (813) 921-9034*

[Quoted te t hidden]