United States District Court
Middle District of Florida
Orlando Division

**SIMON FISHER,**

    *Plaintiff,*

v.                                            **NO. 6:24-cv-1766-WWB-UAM**

**I.C. SYSTEM, INC., ETC.,**

    *Defendants.*

___

## Order

The Court will conduct a telephone hearing on **February 26, 2025**, at **10:00 a.m.** The parties must appear by calling (855) 244-8681 at least five minutes before the hearing. The access code is 2310-039-5182. The courtroom deputy will digitally record the hearing.

Counsel for MAH Advising, PLLC; Ironclad Law, LLC; and Michael Hurckes must be prepared to show cause why sanctions should not be imposed for failing to comply with Court orders. *See* Doc. 36 (case management and scheduling order), as amended by Doc. 39 (order extending initial disclosures deadline); Doc. 44 (order to show cause). Sanctions may include default on the claims and dismissal of the counterclaims.

**Ordered** in Jacksonville, Florida, on February 14, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*