IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**SIMON FISHER,**
**Plaintiff,**

v.                                                                                          Case No.: 6:24-cv-1766

**I.C. SYSTEM, INC.; MAH ADVISING,**
**PLLC; MICHAEL HURCKES; and**
**IRONCLAD LAW, LLC,**
**Defendants,**
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

1. Attorney Michael Hurckes took Family/ medical leave in January/ February of 2025. As a result, another attorney at the firm initially took over the case. However, due to unforeseen circumstances, that attorney subsequently left the firm, necessitating a further transition of representation.

2. Due to this translation a calendaring error consulting excusable neglect left our initial disclosures drafted but unfiled.

3. When Attorney Hurckes came back on February 24th he was made aware of the lack of filing and the order to show cause.

4. It was immediately fixed and another new attorney at the firm will be taking over the case and is pending their admission to the Middle District of Florida.

5. Furthermore, it does not look like this matter will be settled and Attorney Hurckes will likely be  a necessary witness in this matter. Pursuant to **Florida Bar Rule 4-3.7**, an attorney is prohibited from acting as an advocate in a trial if they are likely to be a necessary witness for their client. Given this ethical obligation, Attorney Hurckes cannot serve as counsel in the trial proceedings.

6. Despite these transitions, no substantial deadlines have been missed. All reasonable steps have been taken to ensure compliance with the Court's orders and scheduling requirements.

7. The delay in transition of counsel was due to excusable neglect due to family medical leave and another attorney's departure and administrative processing.

8. Any delay in the transition of counsel resulted from unforeseen circumstances, including the prior attorney's departure and administrative processing. These issues constitute excusable neglect under applicable legal standards, as they were not willful and did not result in prejudice to any party.

9. Efforts have been made to resolve the matter promptly and ensure continued representation without undue delay.

We are actively working to finalize the transition of representation and remain available to provide any further clarification the Court may require.

Respectfully Submitted,

Dated: February 26, 2025

> IRONCLAD LAW LLC
> Michael A. Hurckes, Esq.
> Florida Bar No. 1040918
> 333 SE 2nd Ave Suite #2000
> Miami, FL 33131
> E: mh@ironclad.law
> Tel.: (917) 791-0636
> Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this February 26, 2025 via e-filing to all parties or counsel of record by electronic service.

/s/ Michael A. Hurckes
Michael A. Hurckes, Esq.
Florida Bar No. 1040918
IRONCLAD LAW LLC
333 SE 2nd Ave Suite #2000
Miami, FL 33131
E: mh@ironclad.law
Tel.: (917) 791-0636
Counsel for Defendants