United States District Court
Middle District of Florida
Orlando Division

**Simon Fisher,**

   *Plaintiff,*

v.                                           No. 6:24-cv-1766-WWB-UAM

**I.C. System, Inc., etc.,**

   *Defendants.*

___

# Order

Based on the statements at the February 26, 2025, hearing, the Court takes under advisement the order to show cause why sanctions should not be imposed under Rule 37(c), Federal Rules of Civil Procedure, Doc. 44. By **March 7, 2025**,

(1) MAH Advising, PLLC, Ironclad Law, LLC, and Michael Hurckes must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the Court's website, www.flmd.uscourts.gov/forms/all. Through question 3, the Court is trying to determine everyone not disclosed earlier in the form who is or may be interested in the outcome of the action (including, for example, each member of the PLLC and LLC) to enable the Court to determine if recusal is necessary.

(2) MAH Advising, Ironclad Law, and Hurckes must file a notice indicating who will be representing them in this action. The lawyer representing them must enter an appearance. If Hurckes is withdrawing as counsel, he must move to withdraw in accordance with Local Rule 2.02(c).

(3) Hurckes must file an affidavit or declaration under penalty of perjury explaining the facts stated at the February 26 hearing and any other facts pertinent to the order to show cause.

**Ordered** in Jacksonville, Florida, on February 27, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*