UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SIMON FISHER,<br><br>Petitioner<br><br>Vs<br><br>MAH ADVISING, PLLC, IRONCLAD LAW, LLC, IC SYSTEM, INC. and MICHAEL HURCKES,<br><br>Respondent | Case No.: 6:24-cv-1766 |

**RESPONSE TO ORDER TO SHOWCAUSE**

COMES NOW, Michael Hurckes, MAH Advising, PLLC, and Ironclad Law, LLC, by and through undersigned counsel Ashanti Palmer Esq., and hereby submit this Response to the Court's Order to Show Cause entered on February 27, 2025. In support thereof, they state as follows:

1. In compliance with Local Rule 3.03, a disclosure statement is being filed contemporaneously with this response, identifying all persons and entities who may have an interest in the outcome of this case.

2. Due to serious and ongoing health issues, Mr. Hurckes is withdrawing from all cases in which he is currently counsel of record, including this matter. As such, his cases are being transitioned to other attorneys within his firm. A Motion to Withdraw has been filed in accordance with Local Rule 2.02(c).

3. Mr. Hurckes acknowledges that the response to the Court's Order to Show Cause was due on March 7, 2025. However, due to his ongoing health issues, he was unable to complete

1

and file the required response by the deadline. Mr. Hurckes sincerely apologizes for this delay and respectfully requests the Court's understanding in light of his circumstances.

A separate affidavit or declaration under penalty of perjury is being submitted contemporaneously with this response, outlining the facts stated at the February 26 hearing and any other pertinent information.

WHEREFORE, Michael Hurckes, MAH Advising, PLLC, and Ironclad Law, LLC, respectfully submit this Response to the Court's Order to Show Cause and request that the Court accept this response as compliance with the Order.

Dated: March 9, 2025

> Respectfully submitted,
> IRONCLAD LAW LLC
> By: /s/ Ashanti Palmer
> Ashanti Palmer, Esq.
> Florida Bar No. 33131
> 333 SE 2nd Ave Ste. 2000
> Miami, Florida 33131
> Tel: (917) 791 - 0636
> *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the aforementioned Notice of Appearance was served on this 9th day of March, 2025, via CM/ECF to all parties registered to receive electronic notice.

/s/ Ashanti palmer
Ashanti Palmer, Esq.
Florida Bar No. 3313
Ironclad Law LLC
333 SE 2nd Ave Ste. 2000
Miami, Florida 33131
E: apalmer@ironclad.law
Tel.: (917) 791-0636
*Attorney for Defendants*
