UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SIMON FISHER,<br><br>Petitioner<br><br>Vs<br><br>MAH ADVISING, PLLC, IRONCLAD LAW, LLC, IC SYSTEM, INC. and MICHAEL HURCKES,<br><br>Respondent | Case No.: 6:24-cv-1766 |

## DECLARATION OF MICHAEL HURCKES

I, **Michael Alexander Hurckes,** declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

1. I am an attorney licensed to practice in the State of Florida and was representing **Defendants MAH Advising LLC, Ironclad Law LLC, and Michael Hurckes** in this matter.

2. On **February 26, 2025**, I appeared before this Court in connection with this case and informed the Court that I have been experiencing serious and ongoing health issues that have materially impacted my ability to continue representing clients, including in this matter.

3. Due to these health issues, I am **withdrawing from all cases** in which I am currently counsel of record, including this case, and transitioning my cases to other attorneys within

1

    **Ironclad Law, LLC** and **MAH Advising, PLLC** to ensure continuity of representation.

4. I acknowledge that a response to the Court's **Order to Show Cause** was due on **March 7, 2025**. However, due to my health condition, I was unable to complete and file the required response by the deadline. I sincerely regret this delay and any inconvenience it may have caused the Court or the parties involved.

5. At the February 26 hearing, I explained to the Court that my health condition has made it impossible for me to continue fulfilling my professional obligations. As a result, I have taken the necessary steps to ensure my cases are properly reassigned and that my withdrawal complies with **Rule 4-1.16(a)(2) of the Rules Regulating The Florida Bar**, which requires an attorney to withdraw if their physical or mental condition materially impairs their ability to represent a client.

6. I affirm that **Ashanti Palmer Esq.,** of **Ironclad Law LLC** assumed representation in this matter and will ensure that all obligations in this case are met in a timely manner moving forward.

7. I respectfully request that the Court accept this declaration as my formal explanation regarding the Order to Show Cause and grant my **Motion to Withdraw as Counsel** in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 9, 2025**.

                                                   **By: /s/Michael Hurckes**
                                                   **Michael Hurckes, Esq.**