**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

|  |  |
|---|---|
| **SIMON FISHER,** | |
| **Plaintiff** | |
| **Vs** | **Case No.: 6:24-cv-1766** |
| **MAH ADVISING, PLLC, IRONCLAD LAW, LLC, IC SYSTEM, INC. and MICHAEL HURCKES,** | |
| **Defendant** | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE UNDER SEAL**

Defendants, by and through undersigned counsel, respectfully moves this Court for an extension of ten (10) days to file its responses to the order to show cause, and as grounds states:

1.  Defendant is in the process of compiling substantial documentary evidence that directly rebuts multiple factual claims made in Plaintiff's filing.

2.  Due to the volume and complexity of the documents, and the need for thorough review, organization, and redaction of sensitive content, additional time is needed to complete the filing accurately and appropriately.

3.  The materials at issue contain confidential and sensitive information, necessitating that the forthcoming submission be filed **under seal** in accordance with Rule 1.11(c) of the Local Rules of the Middle District of Florida and applicable law.

4.  In addition, Defendant notifies the Court that its former attorney of record, Ashanti Palmer has resigned from Ironclad Law and  is no longer representing Defendant in this matter. Defendant is actively in the process of securing new legal counsel to assist with the filing and representation going forward. The requested extension will allow time for that transition to occur effectively.

5.  Defendant respectfully requests an extension of **ten (10) days**, to finalize and file the brief and supporting documentation under seal.

6. This is Defendant's first request for an extension. The request is made in good faith and not for purposes of delay.

WHEREFORE, the Defendants, MAH ADVISING, PLLC, IRONCLAD LAW, LLC, and MICHAEL HURCKES, respectfully request that the Court:

A. Enter an Order granting Defendants an additional 10 days to file the responses to order to show cause, extending the deadline to July 25, 2025, or any other reasonable extension of time as ordered by this Court;

B. Grant Defendants any further and additional relief this Court deems just and equitable under the circumstances.

Dated: July 25, 2025.

> Respectfully submitted,
> IRONCLAD LAW LLC
> By: */s/ Michael A. Hurckes*
> Michael A. Hurckes, Esq.
> Florida Bar No. 1040918
> 333 SE 2nd Ave Suite
> #2000 Miami, FL 33131
> Tel.: (917) 791-0636
> *Attorney For Defendants MAH*
> *Advising, PLLC, Ironclad Law, LLC,*
> *and Michael Hurckes*

## LOCAL RULE 3.01(g) CERTIFICATION

I HEREBY CERTIFY that I have conferred with opposing counsel regarding whether Plaintiff objects to this Motion, having emailed counsel on July 25, 2025, as of the time of this filing, no response has been received.

By: */s/ Michael A. Hurckes*
Michael A. Hurckes, Esq.
Florida Bar No. 1040918

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 25 th day of July 2025 via e-filing to all parties or counsel of record for this matter

*/s/ Michael A. Hurckes*
Michael A. Hurckes, Esq.
Florida Bar No. 1040918
Ironclad Law LLC
333 SE 2nd Ave Suite #2000
Miami, FL 33131
E: mh@ironclad.law
Tel.: (917) 791-0636
*Attorney For Defendants*
*MAH Advising, PLLC,*
*Ironclad Law, LLC, and Michael Hurckes*